# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## <u>JUDGMENT IN A CIVIL CASE</u>

**Alesha T. Fuller,**

       Plaintiff

   vs.                        **CASE NUMBER: 5:25-cv-101 (DNH/TWD)**

**ProCare LTC, Clarest Health,**
**Jayson Steere, Bob Battaglia,**
**and Kathy Battaglia,**

       Defendants

 **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint (Dkt. No. 1) is DISMISSED without prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

All of the above pursuant to the Order on Report Recommendation of the Honorable **David N. Hurd**, dated 4/10/2025.

DATED: May 16, 2025

Clerk of Court

s/Britni Smith
Deputy Clerk